# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2915
LT Case No. 16-2024-DR-4510

_____

SAMUEL MENEZES,

    Appellant,

    v.

SWARNA PACHIGALLA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Eric Chase Roberson, Judge.

Samuel Menezes, Jacksonville, pro se.

No Appearance for Appellee.


March 3, 2026


PER CURIAM.

    AFFIRMED.

JAY, C.J., and WALLIS and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____